```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 31137
   JASON R DADE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8976


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/14/2008 and was not confirmed.

     The case was dismissed without confirmation 12/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA MORTGAGE NOTI NOT FILED              .00           .00
AMERICAS SERVICING COMPA MORTGAGE NOTI NOT FILED              .00           .00
WELLS FARGO FINANCIAL IL UNSECURED         1142.03            .00           .00
AMERICAS SERVICING COMPA CURRENT MORTG         .00            .00           .00
AMERICAS SERVICING COMPA SECURED NOT I    16647.76            .00           .00
GMAC MORTGAGE CORP       MORTGAGE NOTI NOT FILED              .00           .00
AMERICAS SERVICING COMPA CURRENT MORTG         .00            .00           .00
AMERICAS SERVICING COMPA SECURED NOT I    35680.81            .00           .00
GMAC MORTGAGE            CURRENT MORTG         .00            .00           .00
GMAC MORTGAGE            SECURED NOT I    10841.52            .00           .00
WELLS FARGO FINANCIAL BA UNSECURED         3772.06            .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         ---------------   ---------------
TOTALS                        .00                 .00




              PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 31137 JASON R DADE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 08 B 31137 JASON R DADE